No. 82–504. ARMIJO, PERSONAL REPRESENTATIVE OF THE ESTATE OF ARMIJO *v.* TANDYSH. Ct. App. N. M.

Certiorari denied.